Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NOE MARTINEZ GARFIAS, individually and *dba* GARFIAS FLOORING DESIGNS, *aka* GARFIAS FLOORING DESIGN, INC., a California Corporation,<br><br>Defendant. | Case No.: C09-3801 JSW<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER THEREON<br><br>Date:        December 11, 2009<br>Time:        1:30 p.m.<br>Courtroom:  2, 17th Floor<br>                  450 Golden Gate Avenue<br>                  San Francisco, CA 94102<br>Judge:       Honorable Jeffrey S. White |
|---|---|

Plaintiffs respectfully request that the Case Management Conference currently scheduled for December 11, 2009, at 1:30 p.m., be continued for approximately ninety (90) days, as follows:

    1.    A Complaint was filed in this action on August 19, 2009, and served thereafter, to compel an audit of Defendant's records by the Plaintiffs.

    2.    Thereafter, Defendant did schedule an audit with the Funds' auditor, who has reviewed the necessary documents.

    3.    The auditor is in the process of analyzing the documents for preparation of an audit report. After the report is completed, the auditor will send a draft copy to Defendant for review and response to the amounts found due, if any. In the event that the Defendant opposes the findings, the parties will attempt to resolve the matters through discussion, or further documentation.

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C09-3801 JSW

1      4.    If Defendant does not oppose the findings and pays any amounts found due, Plaintiffs will dismiss the action.

    5.    Therefore, there is nothing for the Court to consider at this time.

    6.    Plaintiffs respectfully request that the Court continue the Case Management Conference for a period of ninety (90) days in order to allow sufficient time for the audit report to be completed, reviewed, and finalized, sent to Defendant for review, and resolution of any disputes between the parties.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 4th day of December, 2009 at San Francisco, California.

                        SALTZMAN & JOHNSON
                        LAW CORPORATION


By: _____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action currently set for 1:30 p.m. on December 11, 2009 is hereby continued to March 12, 2010 at 1:30 p.m.

Dated: December 4, 2009

_____
HONORABLE JEFFREY S. WHITE

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C09-3801 JSW**

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, the undersigned, declare: |
| 3 | I am a citizen of the United States and am employed in the County of San Francisco, State |
| 4 | of California. I am over the age of eighteen and not a party to this action. My business address is |
| 5 | 44 Montgomery Street, Suite 2110, San Francisco, California 94104. |
| 6 | On December 4, 2009, I served the following document(s): |
| 7 | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 8 | on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of |
| 9 | each document in a sealed envelope with postage thereon fully prepaid, in a United States Post |
| 10 | Office box in San Francisco, California, addressed as follows: |

**Noe Martinez Garfias, individually and *dba***
**Garfias Flooring Designs, *aka***
**Garfias Flooring Design, Inc.**
**4440 Bollenbacher Avenue**
**Sacramento, California 95838**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 4th day of December, 2009, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C09-3801 JSW**