IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NOE MARTINEZ GARFIAS, individually and d/b/a Garfias Flooring Designs a/k/a Garfias Flooring Designs, Inc.,<br><br>    Defendant.<br>_____/ | No. C 09-03801 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") issued by Magistrate Judge James Larson, in which he recommends that the Court grant Plaintiffs' motion for default judgment. There have been no objections filed thereto. Having considered the Report, the parties' papers, relevant legal authority, and the record in this case, the Court finds the Report thorough and well reasoned and adopts it in every respect. Pursuant to Judge Larson's recommendation, if after Plaintiffs conduct an audit of Defendant, they discover additional amounts due and owing and incur additional fees and costs, Plaintiffs shall submit an additional detailed recommendation explaining how they calculated any amounts Plaintiffs seek to collect. Plaintiffs shall submit that declaration to Judge Larson in the first instance for purposes of preparing a report and recommendation on whether to amend the Judgment in this action.

//

//

1  Accordingly, Plaintiffs' motion for default judgment is granted. A separate judgment
2  shall issue, and the Clerk is directed to close the file.
3  **IT IS SO ORDERED.**
4  Dated: May 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE